## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| CHARLES BRACKEN, | : | No. 2:19-cv-185 DSC |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| MANOR TOWNSHIP, THE MANOR | : |  |
| TOWNSHIP POLICE DEPARTMENT, | : |  |
| and FORMER CHIEF ERIC S. | : |  |
| PETROSKY (in his official capacity and as | : |  |
| an individual), jointly and severally, | : | JURY TRIAL DEMANDED |
|  | : |  |
| Defendants. | : |  |
|  | : |  |
|  | : |  |

## REQUEST TO CLERK TO ENTER DEFAULT
## AGAINST DEFENDANTS MANOR TOWNSHIP, and FORMER CHIEF
## ERIC S. PETROSKY, JOINTLY AND SEVERALLY

TO THE CLERK OF COURT:

Defendants, Manor Township, and Former Chief Eric S. Petrosky

("Defendants"), having failed to timely answer or otherwise move with respect to

the Amended Complaint filed against them by Plaintiff Charles Bracken

("Bracken") on February 25, 2019 in the above-captioned action, and the

Defendants not filing an answer or defenses within the time as specified in the

Memorandum Order (ECF 51), and the Court having not extended the time in

which the Defendants may answer or otherwise move with respect to said

Amended Complaint, as appears from the Affidavit of Lawrence E. Bolind, Jr.,

Esq. attached to this request, you are hereby requested to enter the Defendants'

default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Lawrence E. Bolind, Jr.
Lawrence E. Bolind, Jr., Esquire
Attorney for Plaintiff Charles Bracken
PA ID No. 44827
238 Main Street
Imperial, PA 15126-102138

724-695-8620
724-695-8621 (fax)
bolindlaw@verizon.net

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing **Request to Clerk to Enter Default** was filed on October 15, 2020, on the Court's ECF system, and served electronically through that system upon the following:

Suzanne B. Merrick, Esquire
Brook T. Dirlam, Esquire
525 William Penn Place
37th Floor, Suite 3750
Pittsburgh, PA  15219
Phone:  412-697-7403
Fax:  412-697-7407
*Counsel for Defendants*

/s Lawrence E. Bolind, Jr.
L.E. Bolind, Jr., Esquire
PA Id. No. 44827
238 Main Street
Imperial, PA 15126-102138
(724) 695-8620
(724) 695-8621 fax
bolindlaw@verizon.net

Counsel for Plaintiff