**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CHARLES BRACKEN,

               Plaintiff,

                                   No.  2:19-cv-185 DSC

    v.

MANOR TOWNSHIP, THE MANOR
TOWNSHIP POLICE DEPARTMENT, and
FORMER CHIEF ERIC S. PETROSKY (in
his official capacity and as an individual),
jointly and severally,                      JURY TRIAL DEMANDED

               Defendants.

## **ORDER**

    AND NOW, to wit this __26th__ day of _____October_____, 2020, upon consideration
of Defendants' Motion for Leave to File Reply to Plaintiff's Sur-Reply Brief, it is hereby
ORDERED that said Motion is GRANTED.  Defendants are granted leave to file the Reply to
Plaintiff's Sur-Reply Brief attached as Exhibit "1" to Defendants'  Motion.  It is further
ORDERED that Defendants' Reply to Plaintiff's Sur-Reply Brief is hereby DEEMED filed such
that no further filing of the Reply to Plaintiff's Sur-Reply Brief is required.

                              BY THE COURT:

                             s/ David S. Cercone
                        _____
                                       J.